PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
APR 2 0 2005
MJD CHAMBERS

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Erica Cherise Robinson**

**Docket No. 0:02CR00044-002(MJD)**

**Petition on Probation**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Erica Cherise Robinson** who was sentenced for the offense of Knowingly Opening or Maintaining a Place for the Purpose of Manufacturing, Distributing, or Using a Controlled Substance on July 15, 2002, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
No firearms or other dangerous weapons
90 days home detention
Completion of parenting classes
Completion of high school diploma or General Equivalency Diploma

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On February 14, 2005, the defendant was cited for Misdemeanor Theft by the Maplewood, Minnesota, Police Department. She failed to report this charge to the probation officer until April 4, 2005.

SCANNED
MAY 6 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 45 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 2nd day of ~~April,~~ May 2005, and ordered filed and made a part of the records in the above case.

Michael J. Davis

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on April 28, 2005
Place Minneapolis

c: United States Sentencing Commission